```
                                                              CLERK'S OFFICE U.S. DIST. COURT
                                                                    AT ROANOKE, VA
                                                                        FILED

           IN THE UNITED STATES DISTRICT COURT              JUL 24 2007
          FOR THE WESTERN DISTRICT OF VIRGINIA
                   ROANOKE DIVISION                       JOHN F. CORCORAN, CLERK
                                                          BY:
                                                                DEPUTY CLERK
```

FRANK AUSTIN ARCHER,
    Petitioner,                        Civil Action No. 7:07-cv-00346

                                               **FINAL ORDER**

v.

                                               By:  Hon. Glen E. Conrad
                                                     United States District Judge

GENE JOHNSON, et al.,
    Respondents.

In accordance with the written memorandum opinion entered this day, it is hereby

                                      **ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, shall be and hereby is **DISMISSED** without prejudice for failure to exhaust state court remedies and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 24th day of July, 2007.

                                                      /s/ Glen E. Conrad
                                                    United States District Judge